The petition presents facts which, uncontradicted, call upon the comptroller and the corporation counsel to proceed in accordance with said charter provision. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur. Settle order upon notice.

JAMES S. RAINEY, Respondent, v. OVERSEAS SHIPPING CO., INC., Appellant.— Judgment and order denying motion for new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

SAMUEL SCHREIBER, Respondent, v. MUNSON STEAMSHIP LINE, Appellant.— Judgment and order unanimously affirmed, with costs. In so deciding, we desire to place on record this court's disapproval of the conduct of the plaintiff's attorney during the trial in his method of cross-examining the defendant's witnesses. Such practice is manifestly wrong, and should not be permitted by trial courts. However, the incidents complained of do not justify a reversal. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

JAMES F. SHEERIN, as Administrator, etc., of JAMES SHEERIN, JR., Deceased, Appellant, v. LINDLEY M. GARRISON, as Receiver of the NEW YORK CONSOLIDATED RAILROAD COMPANY, Respondent.— Judgment dismissing complaint reversed upon the law, and new trial granted, costs to appellant to abide the event. The evidence of the open and unguarded stairway and its location adjacent to the highway, and the proof of the dangerous condition of the exposed and unprotected lamp socket, coupled with proof that boys were in the habit of playing on the stairway, lead us to the conclusion that the case should have been submitted to the jury. Manning, Young, Kapper and Lazansky, JJ., concur; Kelly, P. J., dissents.

SUSQUEHANNA STEAMSHIP COMPANY, Respondent, v. A. O. ANDERSEN & COMPANY, INC., Appellant. (Action No. 4.) — Judgment and order denying motion to set aside directed verdict unanimously affirmed, with costs. Appeal from order denying defendant's motion that exceptions be heard in the first instance by the Appellate Division dismissed. The evidence did not reach the standard required by law to permit a finding that the contract was intended as an agreement other than its plain language imports, and we are of opinion that the disposition of the case by the trial court was correct. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

ACTLAW REALTY CORPORATION, Appellant, v. BERTHA WILKUS and Another, Respondents. NATHAN KOHLRITER, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.

WILLIAM A. BUNN, Respondent, v. BUNN BROS. 42ND STREET CAFETERIA, INC., and Others, Appellants.— The appeal herein having been decided, the motion for a stay is denied. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

WILLIAM A. BUNN, Respondent, v. BUNN BROS. 42ND STREET CAFETERIA, INC., and Others, Appellants, Impleaded with Another.— Order denying motion to dismiss complaint affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

ALVIN C. CASS, Appellant, v. CHARLES L. APFEL, Respondent.— Motion to resettle order denied. Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.